# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00474-CR

**Christina Lyons, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR-11-0101, HONORABLE WILLIAM HENRY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant has filed a motion to substitute counsel Michael C. Gross as attorney of record for appellant and allow current counsel Ariel Payan to withdraw.[1] We grant the motion but caution substitute counsel that this Court's prior order relating to the deadline for filing a motion for rehearing remains in effect and that any motion for rehearing filed on appellant's behalf is due no later than Monday, May 18, 2015.

Before Chief Justice Rose, Justices Puryear and Pemberton

Filed: April 29, 2015

Do Not Publish

---

[1] *See* Tex. R. App. P. 6.5.